LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Ronald M. Janus, Plaintiff

KAMER ZUCKER ABBOTT
Scott M. Abbott, Esq. (Bar No. 4500)
R. Todd Creer, Esq. (Bar No. 10016)
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Fax: (702) 259-8646
Email: sabbott@kzalaw.com
        tcreer@kzalaw.com
Attorneys for Silverton Casino, LLC, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD M. JANUS,

        Plaintiff,

vs.

SILVERTON CASINO, LLC, a Nevada limited liability company,

        Defendant.

Case No.: 2:24-cv-01940-APG-MDC

**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff RONALD M. JANUS and SILVERTON CASINO, LLC, a Nevada limited liability company, by and through their respective counsels of record, participated in the meeting required under Fed. R. Civ. P. 26(f), held on **December 6, 2024.** Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), the parties stipulate to the following discovery plan and scheduling order:

1.    The initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made by **December 20, 2024**, two weeks after the date that the parties held their initial meeting pursuant to Fed. R. Civ. P. 26(f).

2.    Unless otherwise limited by subsequent stipulations, the parties shall be allowed to

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

1  conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

2      3.    The attorneys of record in this matter are registered for electronic filing with this Court. Any documents electronically filed with this Court are deemed to be sufficiently served on the other party as of the date that the document is electronically filed with this Court.

    Pursuant to LR 26-1(b), the parties do hereby additionally stipulate to the following discovery plan and scheduling order:

    1.    <u>Discovery Cut-Off Date</u>: **May 19, 2025**, which is 180 days from November 18, 2024, the date of the filing of Defendant Silverton Casino, LLC's Answer to Plaintiff's Complaint (ECF No. 10). Any stipulations or motions to extend the discovery period shall be filed no later than **April 28, 2025**, 21 days prior to the scheduled discovery cut-off, as required by LR 26-4. Any stipulations or motions to extend any other deadlines set forth below shall be filed no later than 21 days prior to the applicable deadline set forth below.

    2.    <u>Amending the Pleadings and Adding Parties</u>: All motions to amend the pleadings or to add parties shall be filed not later than **February 18, 2025**, 90 days prior to the scheduled close of discovery.

    3.    <u>Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)</u>: Disclosures concerning experts shall be made by **March 20, 2025**, 60 days before the close of discovery. Disclosures respecting rebuttal experts shall be made by **April 21, 2025**, 30 days after the initial disclosure of experts.

    4.    <u>Dispositive Motions</u>: The date for filing dispositive motions shall be not later than **June 18, 2025**, 30 days after the discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration, to be not later than 30 days from the subsequent discovery cut-off date.

    5.    <u>Pretrial Order</u>: The date for filing the joint pretrial order shall be not later than **July 18, 2025**, 30 days after the date set for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court.

    6.    <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>: The disclosures required by Fed. R. Civ. P.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

26(a)(3), and any objections thereto, shall be included in the pretrial order.

7. <u>Alternative Dispute Resolution</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation. The parties agree that this matter is appropriate for an early neutral evaluation conference, which has not yet been scheduled by the court.

8. <u>Alternative Forms of Case Disposition</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and to the use of the Short Trial Program (General Order 2013-01). The parties did not agree to consent to trial by magistrate judge or to the use of the Short Trial Program.

9. <u>Electronic Evidence</u>: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

DATED: December 6, 2024.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
 Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorney for Ronald M. Janus, Plaintiff

DATED: December 6, 2024.

KAMER ZUCKER ABBOTT

By: /s/ Scott M. Abbott
 Scott M. Abbott, Esq. (Bar No. 4500)
 R. Todd Creer, Esq. (Bar No. 10016)

6325 S. Jones Boulevard, Suite 300
Las Vegas, Nevada 89118

Attorneys for Silverton Casino, LLC, Defendant

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 12/9/2024