```
LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Ronald M. Janus, Plaintiff

KAMER ZUCKER ABBOTT
Scott M. Abbott, Esq. (Bar No. 4500)
R. Todd Creer, Esq. (Bar No. 10016)
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Fax: (702) 259-8646
Email: sabbott@kzalaw.com
       tcreer@kzalaw.com
Attorneys for Silverton Casino, LLC, Defendant
```

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RONALD M. JANUS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SILVERTON CASINO, LLC, a Nevada limited liability company,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-01940-APG-MDC<br><br>**STIPULATION AND ORDER<br>TO CONTINUE EARLY NEUTRAL<br>EVALUATION**<br><br>**(First Request)** |

TO:　The Honorable DANIEL J. ALBREGTS, United States Magistrate Judge

　　　Plaintiff RONALD M. JANUS and SILVERTON CASINO, LLC, a Nevada limited liability company, by and through their respective counsels of record, hereby STIPULATE and AGREE to continue the Early Neutral Evaluation session in this matter. Pursuant to this Court's Order Scheduling Early Neutral Evaluation Session (ECF No. 9), the ENE session had been scheduled to be held on February 5, 2025, starting at 10:00 a.m.

　　　There is good cause for rescheduling this matter. Counsel for Plaintiff will be out of the country, on a scheduled vacation, from January 29, 2025, through and including February 11, 2025. Defendant and its counsel are not available the remainder of February 2025. Counsel for Plaintiff

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

also is unavailable March 3, 2025 through March 7, 2025.  The parties respectfully request that the Early Neutral Evaluation Session be rescheduled to a date after March 10, 2025.  The parties are not available on the following dates after March 10, 2025:  March 17, March 18, March 19, March 20, and March 21.

DATED:  January 10, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorney for Ronald M. Janus, Plaintiff

DATED:  January 10, 2025.

KAMER ZUCKER ABBOTT

By: /s/ Scott M. Abbott
    Scott M. Abbott, Esq. (Bar No. 4500
    R. Todd Creer, Esq. (Bar No. 10016)

6325 S. Jones Boulevard, Suite 300
Las Vegas, Nevada 89118

Attorneys for Silverton Casino, LLC, Defendant

## ORDER

IT IS SO ORDERED.  The Early Neutral Evaluation scheduled for February 5, 2025 is VACATED and RESET for **March 14, 2025 at 10:00 a.m.**

IT IS FURTHER ORDERED that the written evaluation statements are due by 4:00 p.m. on March 7, 2025.

IT IS FURTHER ORDERED that all other provisions of the Court's order (ECF No. 9) shall remain in effect.

DATED:  1/14/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2