KAMER ZUCKER ABBOTT
Scott M. Abbott     #4500
R. Todd Creer       #10016
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
tcreer@kzalaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD M. JANUS, an individual, | Case No. 2:24-cv-01940-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| SILVERTON CASINO, LLC, a Nevada limited liability company, | |
| Defendant. | **(First Request)** |

Plaintiff Ronald M. Janus ("Plaintiff") and Defendant Silverton Casino, LLC ("Defendant"), by and through their respective counsel of record (collectively, "the Parties"), stipulate and request that the Court extend the dispositive motion deadline by two (2) weeks, up to October 31, 2025. In support of this Stipulation and Request, the Parties state as follows:

1. The current deadline for the Parties to file dispositive motions in this case is October 17, 2025. The Court set that deadline in its Order dated July 29, 2025 (ECF No. 27).

2. The Parties completed discovery in this matter as of September 17, 2025.

3. The Parties are evaluating whether any potential claims and/or issues may be dismissed and/or narrowed from the case, thereby impacting any dispositive motions to be filed, and the Parties may also continue discussing the prospects for a resolution of this case.

4. In order to conserve resources and allow those discussions to continue between counsel, the Parties request a brief extension of the dispositive motion deadline up to October 31, 2025. The Parties also respectfully request an extension of the Joint Pretrial Order to December 1, 2025, or by further Order of the Court.

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Dispositive Motions | October 17, 2025 | October 31, 2025 |
| Joint Pretrial Order | November 17, 2025 | December 1, 2025 |

5. This Request for an extension of time is not sought for any improper purpose or other reason of delay. Rather, it is sought by the Parties only for the reasons stated herein.

DATED this 26th day of September 2025.

LAW OFFICES OF ROBERT P. SPRETNAK        KAMER ZUCKER ABBOTT

By: /s/ *Robert P. Spretnak*                By: /s/ *Scott M. Abbott*
Robert P. Spretnak    #5135            Scott M. Abbott       #4500
8275 South Eastern Avenue, Suite 200       R. Todd Creer        #10016
Las Vegas, Nevada 89123                6325 South Jones Boulevard, Suite 300
Tel: (702) 454-4900                    Las Vegas, Nevada 89118
Fax: (702) 938-1055                    Tel: (702) 259-8640
                                       Fax: (702) 259-8646

Attorney for Plaintiff                     Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

October 1, 2025
Date                                       Hon. Maximiliano D. Couvillier, III
                                           UNITED STATES MAGISTRATE JUDGE