LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Ronald M. Janus, Plaintiff

KAMER ZUCKER ABBOTT
Scott M. Abbott, Esq. (Bar No. 4500)
R. Todd Creer, Esq. (Bar No. 10016)
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Fax: (702) 259-8646
Email: sabbott@kzalaw.com
         tcreer@kzalaw.com
Attorneys for Silverton Casino, LLC, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD M. JANUS,

    Plaintiff,

vs.

SILVERTON CASINO, LLC, a Nevada limited liability company,

    Defendant.

Case No.: 2:24-cv-01940-APG-MDC

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIRST AND SECOND CLAIMS FOR RELIEF**

Plaintiff RONALD M. JANUS and SILVERTON CASINO, LLC, a Nevada limited liability company, by and through their respective counsels of record, hereby STIPULATE and AGREE that this Court enter an order dismissing the following claims from this action with prejudice:

1. Plaintiff's First Claim for Relief, for unlawful discrimination due to age in violation of the Age Discrimination in Employment Act ("ADEA"); and

2. Plaintiff's Second Claim for Relief, for unlawful discrimination due to age in violation of NRS 613.330(1).

The dismissal of these claims shall have no effect on the claims remaining in this litigation nor shall be referenced to a jury in the event that a jury trial is held on any of the remaining claims.

1  This dismiss shall not entitle either party to an award of attorney's fees or costs as a result of this
2  dismissal; however, nothing in this dismissal shall limit or constrain the right of either Plaintiff
3  RONALD M. JANUS or Defendant SILVERTON CASINO, LLC, a Nevada limited liability
4  company, to recover attorney's fees or costs should that party prevail in this matter.

DATED: October 6, 2025.                              DATED: October 6, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK       KAMER ZUCKER ABBOTT

By: /s/ Robert P. Spretnak                           By: /s/ Scott M. Abbott
    Robert P. Spretnak, Esq. (Bar No. 5135)              Scott M. Abbott, Esq. (Bar No. 4500
                                                         R. Todd Creer, Esq. (Bar No. 10016)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123                              6325 S. Jones Boulevard, Suite 300
                                                     Las Vegas, Nevada 89118
Attorney for Ronald M. Janus, Plaintiff
                                                     Attorneys for Silverton Casino, LLC, Defendant

**ORDER**

IT IS SO ORDERED.

_____
THE HONORABLE ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 13, 2025

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2