LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Ronald M. Janus, Plaintiff

KAMER ZUCKER ABBOTT
Scott M. Abbott, Esq. (Bar No. 4500)
R. Todd Creer, Esq. (Bar No. 10016)
6325 South Jones Boulevard, Suite 300
Las Vegas, Nevada 89118
Telephone: (702) 259-8640
Fax: (702) 259-8646
Email: sabbott@kzalaw.com
         tcreer@kzalaw.com
Attorneys for Silverton Casino, LLC, Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD M. JANUS, | Case No.: 2:24-cv-01940-APG-MDC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT [ECF No. 34] AND REPLY BRIEF** |
| SILVERTON CASINO, LLC, a Nevada limited liability company, | |
| Defendant. | **(First Request)** |

Plaintiff RONALD M. JANUS and Defendant SILVERTON CASINO, LLC, a Nevada limited liability company, by and through their respective counsels of record, hereby STIPULATE and AGREE to extend the deadline by five days, to **November 26, 2025**, for Plaintiff to file his response in opposition to Defendant Silverton Casino, LLC's Motion for Summary Judgment [ECF No. 34] and to extend the deadline for Defendant to file its reply in response to said opposition to **December 10, 2025.** Defendant Silverton Casino, LLC's Motion for Summary Judgment was filed on October 31, 2025. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition to this motion currently is set for November 21, 2025, with the reply due on December 1, 2025.

There is good cause for this extension. Plaintiff's counsel has had a significant amount of

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1    work requiring attention, including issues related to discovery to be completed within deadlines in

2    other matters.  In addition, Plaintiff is undergoing a medical procedure this week which has affected

3    his ability to assist in the preparation of the evidence to be presented in opposition to the pending

4    motion for summary judgment.  With this brief extension, and with the Thanksgiving holidays, this

5    then will necessitate a brief extension for Defendant to prepare and file its reply brief in response to

6    Plaintiff's opposition.

7

8    DATED:  November 17, 2025.                    DATED:  November 17, 2025.

9    LAW OFFICES OF ROBERT P. SPRETNAK      KAMER ZUCKER ABBOTT

10   By: /s/ Robert P. Spretnak                          By: /s/ Scott M. Abbott
          Robert P. Spretnak, Esq. (Bar No. 5135)          Scott M. Abbott, Esq. (Bar No. 4500)
11                                                                       R. Todd Creer, Esq. (Bar No. 10016)

12   8275 S. Eastern Avenue, Suite 200
     Las Vegas, Nevada 89123                             6325 S. Jones Boulevard, Suite 300
                                                         Las Vegas, Nevada 89118
13   Attorney for Ronald M. Janus, Plaintiff
                                                         Attorneys for Silverton Casino, LLC, Defendant
14

15

16                                      **ORDER**

17               IT IS SO ORDERED.

18

19

20   THE HONORABLE ANDREW P. GORDON
     CHIEF UNITED STATES DISTRICT JUDGE

21   DATED:  November 18, 2025

22

23

24

25

26

27

28

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2